# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Kathleen M Schatz,<br><br>*Plaintiff*<br>v.<br>Unum Life Insurance Company of America,<br><br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 2:16-CV-00094-JLQ<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Notice is construed as a Motion and is GRANTED.  Judgment of dismissal of the Complaint is entered and the claims therein and Defendant's counterclaim against the Plaintiff WITH PREJUDICE and without costs of attorneys' fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Quackenbush  on a motion for dismissal.

Date:  November 28, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*
Cheryl Cambensy